# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 17-2496 MRW | Date | October 10, 2018 |
|---|---|---|---|
| Title | John Karczewski v. LAACO, Ltd et al | | |

Present: The Honorable    Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**        (IN CHAMBERS) ORDER RE: DISMISSAL

    The parties filed a stipulation to dismiss this case with prejudice.  (Docket # 29.)  This action is dismissed with prejudice.